# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:07CR33 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| VICTORIA ROBINSON, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion for an extension of time by defendant Victoria Robinson (Robinson) (Filing No. 15).  Robinson seeks an extension of time until March 20, 2007, in which to file pretrial motions pursuant to paragraph 3 of the progression order (Filing No. 9).  Defense counsel represents to the court that counsel for the government has no objection to the extension.  Robinson has filed an affidavit wherein Robinson consents to the motion and acknowledges she understands the additional time may be excludable time for the purposes of the Speedy Trial Act (Filing No. 15).  Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Robinson's motion for an extension of time (Filing No. 15) is granted. Defendant Robinson is given until **on or before March 20, 2007,** in which to file pretrial motions pursuant to the progression order (Filing No. 9).  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional **time** arising as a result of the granting of the motion, i.e., the time between **February 21, 2007 and March 20, 2007**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 21st day of February, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge