IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | 8:07CR33 |
| | ) | |
| **VICTORIA ROBINSON,** | ) | ORDER |
| | ) | |
| **Defendant.** | ) | |

The defendant's Motion to Continue (Filing No. 20) is granted.

**IT IS ORDERED** that the hearing on the Motion to Suppress (Filing No. 17) is continued to **May 29, 2007, at 9:30 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 20th day of April, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge